**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NICHOLAS ANGEBRANDT,**

        **Plaintiff,**

-vs-                                                Case No. 6:08-cv-900-Orl-31DAB

**ORANGE LAKE COUNTRY CLUB, INC.,**
**and ORANGE LAKE COUNTRY REALTY**
**CLUB, INC.,**

        **Defendants.**

_____

## ORDER

This matter comes before the Notice of Pendency of Other Actions (Doc. 5) filed by the Plaintiff. According to the Plaintiff, the instant case is related to approximately one dozen other cases, a list of which (Doc. 5-2) has been attached to the Notice. However, the Court cannot determine the relationship between the instant case and these other cases, many of which have been closed for years, from the information given. Accordingly, it is hereby

**ORDERED** that the Plaintiff shall explain the relationship between the instant case and each of the cases listed in Doc. 5-2 by written response filed on or before June 23, 2008.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 12, 2008.

                                                                 GREGORY A. PRESNELL
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party